**STATE of Missouri, Respondent,**

v.

**Clinton WILLIS, Appellant.**

No. 72182.

Missouri Court of Appeals, Eastern District, Division Four.

March 10, 1998.

Motion for Rehearing and/or Transfer to Supreme Court Denied May 7, 1998.

Gwenda R. Robinson, Asst. Public Defender, St. Louis, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Seth A. Albin, Asst. Atty. Gen., Jefferson City, for Respondent.

Before ROBERT G. DOWD, Jr., P.J., and SIMON and HOFF, JJ.

### ORDER

PER CURIAM.

Clinton Willis, defendant, appeals from sentences for assault first degree, Section 565.050 (RSMo 1994), assault second degree, Section 565.060 (RSMo 1994), and two counts of armed criminal action, Section 571.015 (RSMo 1994). We affirm.

After having reviewed the briefs of the parties and the record on appeal, we find no plain error. As an extended opinion would have no precedential value, we affirm the judgment pursuant to Rule 84.16(b). A memorandum solely for the use of the parties involved has been provided explaining the reasons for our decision.